# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CitiMortgage, Inc.
Plaintiff,

v.                                  Case No.: 1:19−cv−00604−MSM−LDA

Paul O. Boghossian, III, et al.
Defendant.

## **ORDER TO SHOW CAUSE**

    The above captioned case was filed on November 19, 2019, and has been pending at least 90 days without proof of service, an answer or a responsive pleading having been filed by the defendant.

    On or before January 17, 2020, plaintiff is hereby ordered to show cause, in writing, why this matter should not be dismissed for lack of prosecution. Failure to file a response will lead to dismissal of this case for lack of diligent prosecution. DRI LR Cv 41.

    It is so ordered.

December 27, 2019              By the Court:

                                                /s/ Mary S. McElroy
                                                United States District Judge