UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CITIMORTGAGE, INC.

    VS                              CA NO. 19-CV-604-MSM-LDA

PAUL O. BOGHOSSIAN, III et al

## MOTION TO EXTEND TIME

    Defendants, by their attorney moves this Court for an extension of time to February 10, 2020 to answer or otherwise respond to this complaint. The Defendants need additional time to respond. The Plaintiff assents to this Motion.

PAUL O. BOGHOSSIAN, III
DAVID M. BOGHOSSIAN
DAVID M. BOGHOSSIAN AS TRUSTEE OF
THE ALEXANDER CHANDLER BOGHOSSIAN TRUST
DAVID M. BOGHOSSIAN AS TRUSTEE
OF THE  ELIZABETH ARDEN BOGHOSSIAN TRUST
JENNIFER BOGHOSSIAN

By  their Attorney,

/s/ John B. Ennis
JOHN B. ENNIS, ESQ. #2135
1200 Reservoir Avenue
Cranston, RI 02920
(401)943-9230
Jbelaw75@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that I emailed a copy of this Motion to Krystle Tadesse, Joseph Farside and Jeffrey Ankrom on January 27, 2020.

/s/ John B. Ennis