UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CITIMORTGAGE, INC.

VS                                        CA NO. 19-CV-604-MSM-LDA

PAUL O. BOGHOSSIAN, III et al

## ASSENTED MOTION TO ENLARGE DEADLINES SET FORTH IN SCHEDULING ORDER

Defendants, by their attorney, with the assent of the Plaintiff, moves under Rules 6(b)(1)(A) and 16(b)(4) of the Federal Rules of Civil Procedure for an enlargement of all the deadlines set forth in the Court's Pretrial Scheduling Order (the "Scheduling Order") dated March 9, 2020, by thirty (30) days. As a basis for this Motion the parties indicate that they need additional time to fully complete discovery, which will extend beyond the original deadline.

The Plaintiff assents to this Motion.

PAUL O. BOGHOSSIAN, III
DAVID M. BOGHOSSIAN
DAVID M. BOGHOSSIAN AS TRUSTEE OF
THE ALEXANDER CHANDLER BOGHOSSIAN TRUST
DAVID M. BOGHOSSIAN AS TRUSTEE
OF THE ELIZABETH ARDEN BOGHOSSIAN TRUST
JENNIFER BOGHOSSIAN

By their Attorney

August 20, 2020

/s/ John B. Ennis
JOHN B. ENNIS, ESQ. #2135
1200 Reservoir Avenue
Cranston, Rhode Island 02920
(401) 943-9230
Jbelaw75@gmail.com

## CERTIFICATION

I certify that I emailed a copy of this Motion to Jeffrey Ankrom, Krystle Tadesse and Joseph Farside on August 20, 2020.

/s/ John B. Ennis